UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTHA HALL,

        Plaintiff,

vs.                                                  Case No.

W.S. BADCOCK CORPORATION,

        Defendant.

_____/

## NOTICE OF REMOVAL OF CAUSE
## BY DEFENDANT W.S. BADCOCK CORPORATION

To:    The Judges of the United States District Court
        for the Middle District of Florida

COMES NOW, Defendant, W.S. Badcock Corporation ("Badcock"), by and through the undersigned counsel, and pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441, and without waiver of any of its objections and/or defenses in this action, hereby files this Notice of Removal of the above-captioned cause from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, in which court the action is now pending, to the United States District Court for the Middle District of Florida, Tampa Division, and states as follows:

1.    On or about October 1, 2010, a civil action was commenced and is currently pending against Badcock in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, by the case name of *Martha Hall v. W.S. Badcock Corporation*, and designated on that court's docket as Case No. 10-CC-026806 (the "State Action").

2.    Badcock was first served with the Summons and Complaint on October 11, 2010 (the "Summons and Complaint"). A true and correct copy of the Summons and Complaint are attached hereto and incorporated herein as Exhibit "A."

3. This Notice of Removal has been filed within the period prescribed by 28 U.S.C. § 1446(b) in that it has been filed within thirty (30) days after receipt by Badcock of the initial pleading setting forth the claim for relief upon which this action is based. All other pleadings and papers that have been filed other than the Summons and Complaint are attached hereto as Exhibit "B." No further proceedings have been held.

## GROUNDS FOR FEDERAL QUESTION JURISDICTION

4. This Court has original jurisdiction of this action under the provisions of 28 U.S.C. § 1331. This action may be removed to this Court by Badcock pursuant to the provisions of 28 U.S.C. § 1441(b), as this civil action is founded on a claim arising under the laws of the United States.

5. In general, a case "arises under" federal law if federal law creates the cause of action, or if a substantial disputed issue of federal law is a necessary element of a state law claim. *Pacheco de Perez v. AT&T Company*, 139 F.3d 1368, 1372 (11th Cir. 1998); citing *Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 9-10, 13 (1983). Federal jurisdiction may be invoked to vindicate a right or privilege claimed under a federal statute. *Pacheco*, 139 F.3d at 1375; citing *People of Puerto Rico v. Russell*, 288 U.S. 276 (1933). The determination of whether federal question jurisdiction exists must be made on the face of the plaintiff's well-pleaded complaint; an anticipated or even inevitable federal defense generally will not support removal based on federal question jurisdiction. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392-93 (1987).

6. In this case, Plaintiff Martha Hall ("Plaintiff") is seeking to assert rights under the laws of the United States of America. Specifically, Plaintiff's Complaint contains a count for an alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*

("TCPA").[1] Thus, Plaintiff seeks to "vindicate a right or privilege claimed under a federal statute" from the face of Plaintiff's Complaint. Accordingly, the State Action presents a federal question upon which this Court has original jurisdiction.

7. Badcock has given written notice of the filing of this Notice of Removal to Plaintiff's counsel, and a copy of the Notice has been filed concurrently with the Clerk of the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, Defendant, W.S. Badcock Corporation, respectfully requests that the above action now pending in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, be removed to this Court, as well as any other and further relief as is just and proper.

Dated: November 10, 2010

Respectfully submitted,

_____
JOHN E. JOHNSON
Florida Bar No. 593000
RYAN C. REINERT
Florida Bar No. 0081989
SHUTTS & BOWEN LLP
100 S. Ashley Drive, Suite 1500
Tampa, FL 33602
Telephone:   (813) 229-8900
Facsimile:   (813) 229-8901
Email:       jjohnson@shutts.com
             rreinert@shutts.com
*Attorneys for W.S. Badcock Corporation*

---

[1] Plaintiff's Complaint also contains a single count for an alleged violation of the Florida Consumer Collection Practices Act, Florida Statute § 559.72, *et seq.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing *Notice of Removal of Cause by Defendant W.S. Badcock Corporation* has been provided ☒ First Class U.S. Mail Postage Prepaid: ☐ Facsimile; ☐ Hand Delivery and/or ☐ Electronic filing this 10th day of November, 2010, to James S. Giardina, Esq., The Consumer Rights Law Group, PLLC, 3802 Bay to Bay Blvd., Suite 11, Tampa, FL 33629.

_____
Attorney

## IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## COUNTY CIVIL DIVISION

MARTHA HALL,	Case No.: 10-CC-026806

    Plaintiff,	Division: L

vs.

W.S. BADCOCK CORPORATION,

    Defendant.
_____/

### NOTICE OF FILING NOTICE OF REMOVAL OF CAUSE
### BY DEFENDANT, W.S. BADCOCK CORPORATION

Defendant, W.S. Badcock Corporation, by and through its undersigned attorneys hereby gives notice of filing the attached Notice of Removal of Cause by Defendant, W.S. Badcock Corporation.

Dated: November 10, 2010

                                                               _____
                                                               **JOHN E. JOHNSON**
                                                               Florida Bar No. 593000
                                                               **RYAN C. REINERT**
                                                               Florida Bar No. 0081989
                                                               SHUTTS & BOWEN LLP
                                                               100 S. Ashley Drive, Suite 1500
                                                               Tampa, FL  33602
                                                               Telephone:    (813) 229-8900
                                                               Facsimile:     (813) 229-8901
                                                               Email:            jjohnson@shutts.com
                                                                             rreinert@shutts.com
                                                              *Attorneys for W.S. Badcock Corporation*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been sent this 10th day of November, 2010, via U.S. Mail to: **James S. Giardina, Esq.**, The Consumer Rights Law Group, 3802 W Bay to Bay Blvd., Suite 11, Tampa, Florida 33629.

_____
Attorney